Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No. 06cv6172 |
| Dale Brian Manning, | MDL NO. 1699 District Judge: Charles R. Breyer |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| Pfizer, Inc., | |
| Defendant. | |

Come now the Plaintiff, DALE BRIAN MANNING and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees

and costs.

Dated: June 15 , 2009    By: _____

Christopher A. Seeger, Esquire
Seeger Weiss LLP
One William Street
New York, NY 10004
(212) 584-0700

*Attorneys for Plaintiff*

Dated: August 6 , 2009    By: _____

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ August 11 , 2009     _____

Hon. Charles R. Breyer
United States District Court

GRANTED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA